**97–517.  George v. Ohio Bur. of Workers' Comp.**

Montgomery App. No. 16081.  Reported at 81 Ohio St.3d 1258, 691 N.E.2d 1051.  On motion for reconsideration.  Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–1517.  State ex rel. Grove v. Nadel.**

Hamilton App. No. C–970324.  Reported at 81 Ohio St.3d 325, 691 N.E.2d 275.  On motion for reconsideration.  Motion denied.

PFEIFER, J., dissents.

**98–59.  Univ. Mednet v. Blue Cross & Blue Shield of Ohio.**

Cuyahoga App. No. 71172.  Reported at 81 Ohio St.3d 1502, 691 N.E.2d 1061.  On motion for reconsideration.  Motion granted; *sua sponte,* discretionary appeal allowed.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**98–108.  Bedford Hts. v. Nieminen.**

Cuyahoga App. No. 71826.  Reported at 81 Ohio St.3d 1495, 691 N.E.2d 1057.  On motion for reconsideration.  Motion denied.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

**98–129.  State v. Koch.**

Erie App. No. E–97–005.  Reported at 81 Ohio St.3d 1496, 691 N.E.2d 1057.  On motion for reconsideration.  Motion denied.

RESNICK, J., not participating.

**98–133.  Valot v. Southeast Local School Dist. Bd. of Edn.**

Portage App. No. 96–P–0280.  Reported at 81 Ohio St.3d 1496, 691 N.E.2d 1058.  On motion for reconsideration.  Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–185.  Silvers v. Elco Steel Co.**

Fayette App. No. CA97–06–016.  Reported at 81 Ohio St.3d 1502, 691 N.E.2d 1062.  On motion for reconsideration.  Motion denied.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**98–193.  Gaves v. Cabi.**

Trumbull App. Nos. 96–T–5506, 96–T–5537 and 97–T–0026.  Reported at 81 Ohio St.3d 1503, 691 N.E.2d 1062.  On motion for reconsideration.  Motion denied.

**98–215.  State v. Garner.**

Hamilton App. No. C–960995.  Reported at 81 Ohio St.3d 1497, 691 N.E.2d 1058.  On motion for reconsideration.  Motion denied.

LUNDBERG STRATTON, J., dissents.

## DISCIPLINARY DOCKET

**89–719.  Columbus Bar Assn. v. Ryan.**

This cause has come on for further consideration upon the filing of a petition for reinstatement by respondent, Terence L. Ryan.  On April 28, 1998, the Board of Commissioners on Grievances and Discipline filed an amended final report recommending that respondent, Terence L. Ryan, not be reinstated to the practice of law in Ohio.  Pursuant to Gov.Bar R. V(10)(G)(5), respondent filed objections on May 14, 1998.

IT IS HEREBY ORDERED by the court that relator may file an answer brief on or before fifteen days from the date of filing of objections.